IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:   06-cv-00002-AP

GARY HELBLIG,

    Plaintiff,

v.

JOANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.   APPEARANCES OF COUNSEL AND *PRO SE* PARTIES:**

<u>For Plaintiff</u>:

Ann J. Atkinson
Attorney at Law
7960 S. Ireland Way
Aurora, CO 80016-1904
Tele: 303-680-1881
Fax: 303-680-7891
Email: AtkinsonAJ@aol.com

<u>For Defendant</u>:

Thomas Kraus, Esq.
Special Assistant U.S. Attorney
1961 Stout St., #1001A
Denver, CO 80294
Tele: 303-844-5459
Fax: 303-844-0770
Email: tom.kraus@ssa.gov

Kurt Bohn, Esq.
Assistant U.S. Attorney
1225 - 17th St., #700
Denver, CO 80202
Tele: 303-454-0100
Fax: 303-454-0407
Email: kurt.bohn@usdoj.gov

**2.   STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.   DATES OF FILING OF RELEVANT PLEADINGS**

   **A.   Date Complaint was filed:** January 3, 2006

   **B.   Date Complaint was served on U.S. Attorney's office:** January 17, 2006

   **C.   Date Answer and Administrative Record were filed:** March 6, 2006.

**4.   STATEMENT REGARDING THE ADEQUACY OF THE RECORD:**

   The Administrative Record appears to be complete.

**5.   STATEMENT REGARDING ADDITIONAL EVIDENCE**

   The parties do not anticipate submitting additional evidence.

**6.   STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES.**

   There are no unusual claims or defenses in this case.

**7.   OTHER MATTERS**

   There are no other matters to bring to the Court's attention.

**8.   PROPOSED BRIEFING SCHEDULE**

   **A.   Plaintiff's Opening Brief due:**     April 27, 2006

   **B.   Defendant's Response Brief due:**     May 30, 2006

   **C.   Plaintiff's Reply Brief (if any) due:**  June 14, 2006

**9.  STATEMENTS REGARDING ORAL ARGUMENT**

   **A.  Plaintiff's statement**:

   Plaintiff does not request oral argument.

   **B.  Defendant's statement**

   Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   **A.  (   )  All parties have consented to the exercise of jurisdiction by a United States Magistrate Judge.**

   **B.  ( X ) All parties have NOT consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEY'S OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>*.

   DATED this 27th day of March, 2006.

                                          BY THE COURT


                                          s/John L. Kane
                                          U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY

/s Ann J. Atkinson  
Ann J. Atkinson, Attorney at Law  
7960 South Ireland Way  
Aurora, CO 80016-1904  
Tele: 303-680-1881  
Fax: 303-680-7891  
Email: AtkinsonAJ@aol.com  

s/ Thomas Kraus  
By: Thomas Kraus, Esq.  
Special Assistant U.S. Attorney  
1961 Stout Street, #1001  
Denver, CO 80294  
Tele: 303-844-5459  
Fax: 303-844-0770  
Email: tom.kraus@ssa.gov