IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **06-cv-2-AP**

**GARY HELBLIG,**

Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

Defendant.

---

## ORDER

---

Kane, J.

This matter is before the Court on Defendant's Unopposed Motion to Remand (doc. #15), filed June 13, 2006.  This Court has reviewed the file and considered the motion.  It is hereby

**ORDERED** that the motion is **GRANTED**.   This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated:  June 13, 2006

BY THE COURT:

S/**John L. Kane**
SENIOR JUDGE,
UNITED STATES DISTRICT COURT