IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **06-cv-2-AP**

**GARY HELBLIG,**

        Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

The Motion for Order to Approve Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act (doc. #18), filed June 21, 2006, is **GRANTED**.  In consideration thereof, it is

**ORDERED** that the Defendant shall pay to Plaintiff, through counsel, attorney fees in the amount of **$2,844.44**.

Dated at Denver, Colorado, this 22nd day of June, 2006.

                        BY THE COURT:

                        *S/John L. Kane*
                        JOHN L. KANE, SENIOR JUDGE
                        UNITED STATES DISTRICT COURT